UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIA E. COLE,

    Plaintiff,

-vs-                                        CASE NO.:  1:16-CV-00305-MP-GRJ

CITIBANK, N.A.,

    Defendant
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JULIA E. COLE, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JULIA E. COLE, and Defendant, CITIBANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                    */s/Frank H. Kerney, III, Esquire*
                                                    Frank H. Kerney, III, Esquire
                                                    Florida Bar #: 88672
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile:  (813) 223-5402
                                                    fkerney@forthepeople.com
                                                    jkneeland@forthepeople.com
                                                    cfallara@forthepeople.com
                                                    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System: Jacob A. Brown, Esq., AKERMAN, LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202 (jacob.brown@akerman.com; leilani.caylao@akerman.com; jennifer.meehan@akerman.com); John L. Dicks, AKERMAN, LLP, 401 E. Jackson Street, Suite 1700, Tampa, FL 33602 (john.dicks@akerman.com; caren.collier@akerman.com).

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.