IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIA E. COLE,

        Plaintiff,

v.                                    Case No. 1:16cv305-MW/GRJ

CITIBANK, N.A.,

        Defendant.
_____/

## ORDER CLOSING FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No.12. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on April 5, 2017.**

                                            s/Mark E. Walker            
                                            United States District Judge